UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P643-H

**JA-RON TEAGUE**                                                                                    **PLAINTIFF**

**v.**

**THE CITY OF LOUISVILLE** *et al.*                                    **DEFENDANTS**

**ORDER**

       For the reasons set forth in the Opinion entered this date, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

       The Court further **certifies** that an appeal of this action would not be taken in good faith.

       The obligation to pay the filing fee attaches when a prisoner files the complaint, "and [] the subsequent dismissal of the action, even if voluntary, does not negate that obligation." *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002). Therefore, the Clerk of Court is **DIRECTED** to open an account for the payment of the filing fee. **IT IS FURTHER ORDERED** that the **Louisville Metro Department of Corrections shall forward the $350.00 filing fee from Plaintiff Ja-Ron Teague's inmate account to the Clerk**. Said payment shall be clearly identified by the Plaintiff's name, Inmate Identification Number, and number assigned to this action. All

payments shall be made to the following address:

Office of the Clerk<br>
United States District Court<br>
Western District of Kentucky<br>
106 Gene Snyder Courthouse<br>
601 West Broadway<br>
Louisville, Kentucky 40202

Date:

cc:    Plaintiff, *pro se*
       Louisville Metro Department of Corrections, Attention: Inmate Accounts, 400 South Sixth Street
       Louisville, KY 40202
       Finance, WDKY

4412.008